**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnell Thrower, ) | Case No. **CV 07-5002-JFW (MANx)** |
| ) | |
| Plaintiff, ) | **ORDER DISMISSING CIVIL ACTION** |
| ) | |
| v. ) | |
| ) | |
| Roadway Express, Inc., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 30 days, to re-open the action if settlement is not consummated.  During this 30 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

     In the event a motion or *ex parte* application to re-open is not filed within 30 days, the dismissal of this action will be with prejudice.

Dated: **March 24, 2008**

JOHN F. WALTER
United States District Judge